*This case was not selected for publication in the Federal Reporter*

**UNITED STATES of America, Appellee,**

v.

**Jorge A. FERNANDEZ, Appellant.**

No. 05–4328.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 7, 2006.

Filed: Dec. 14, 2006.

Michael S. Huffman, Independence, MO, for appellant.

ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Joseph M. Marquez, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before RILEY, COLLOTON and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Jorge Fernandez appeals the sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. His counsel has moved to withdraw, filing a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

On appeal, Fernandez's counsel argues the district court erred in sentencing Fernandez to 120 months in prison. We disagree, because in the circumstances here, the district court had no authority to sentence Fernandez below the statutory mandatory minimum. *See United States v. Chacon*, 330 F.3d 1065, 1066 (8th Cir.2003) (only authority for district court to depart from statutory minimum sentence is found in 18 U.S.C. § 3553(e) and (f), which apply only when government makes motion for substantial assistance or defendant qualifies for safety-valve relief).

Having carefully reviewed the record in accordance with *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel leave to withdraw.

---

1. The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.